UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BIERMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>KERN COUNTY SHERIFF DETENTION FACILITY MEDICAL ADMINISTRATION,<br><br>          Defendant. | Case. 1:20-cv-1777-HBK (PC)<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PLAINTIFF TO RE-FILE PROPER APPLICATION OR PAY FILING FEE WITHIN THIRTY (30) DAYS<br><br>(Doc. No. 2) |

Plaintiff, a state prisoner, initiated this action by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1). Plaintiff accompanied his complaint with an unsigned application to proceed *in forma pauperis*. (Doc. No. 2). The court finds plaintiff's application to proceed *in forma pauperis* deficient. A party seeking to proceed *in forma pauperis* must sign his application under penalty of perjury. 28 U.S.C. § 1915(a)(1); *see also* Fed. R. Civ. P. 11(a); Local Rule 131(b). Plaintiff's application is not signed. (Doc. No. 2, p. 2). Further, a prisoner seeking to proceed *in forma pauperis* in a civil action shall accompany his application with a certified copy of his inmate trust account statement for the 6-month period immediately preceding the filing the action. 28 U.S.C.§ 1915(a)(2). Plaintiff did not accompany his

1

application with a certified copy of his 6-month inmate trust account statement.

Accordingly:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is **DENIED without prejudice.**

2. Within thirty (30) days of the date of service of this order, plaintiff shall sign and file the enclosed application to proceed *in forma pauperis* certifying the information contained therein under penalty of perjury accompanied by his certified 6-month inmate trust account statement, or in the alternative, pay the $402.00 filing fee for this action.

3. **Plaintiff's failure to timely comply with this order or seek an extension of time to comply will result in dismissal of this action without further notice**.

IT IS SO ORDERED.

Dated:    December 22, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2