UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BIERMAN,<br><br>         Plaintiff,<br><br>    v.<br><br>KERN COUNTY SHERIFF DETENTION FACILITY MEDICAL ADMINISTRATION,<br><br>         Defendant. | 1:20-cv-01777 HBK  (PC)<br><br>AMENDED[1]<br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 8)<br><br>ORDER DENYING AS MOOT DUPLICATE APPLICATION TO *PROCEED IN FORMA PAUPERIS*<br><br>(Doc. No. 11)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE KERN COUNTY SHERIFF |

      Plaintiff, a prisoner, initiated this action on December 17, 2020, by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1, Complaint). Plaintiff seeks leave to proceed *in forma pauperis* on his Complaint and submitted a copy of his prison trust fund statement in support. (Doc. Nos. 8, 10).[2] Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the statutory filing fee of $350.00 for this action. 28

---

[1] This Order is Amended to reflect the correct statutory filing fee is $350.00.

[2] Plaintiff filed a duplicate application to proceed *in forma pauperis* on February 12, 2021. (Doc. No. 11). Because the Court is granting Plaintiff's earlier filed application, the Court will deny the later filed application as moot.

U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. 28 U.S.C. § 1915(b)(2). The Kern County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *Id*.

According, it is now ORDERED:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 8) is **GRANTED**.

2. **Pursuant to 28 U.S.C. § 1915 (b)(1)The Kern County Sheriff or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by Plaintiff's name and the case number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this Order and a copy of Plaintiff's *in forma pauperis* application (Doc. No. 8) on the Kern County Sheriff located at 1415 Truxtun Avenue, Bakersfield, CA 93301.

4. The Clerk of the Court is directed to serve a copy of this Order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5. Plaintiff's duplicate Plaintiff's application to proceed *in forma pauperis* (Doc. No. 11) is **DENIED as moot**.

IT IS SO ORDERED.

Dated:     February 17, 2021

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28